REID E. DAMMANN (SBN: 249031)
rdammann@grsm.com
QUYEN THI LE (SBN: 271692)
qle@grsm.com
VIOLAINE BRUNET (SBN: 305609)
vbrunet@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5065
Facsimile: (213) 680-4470

Attorneys for Defendants
TOWBLAZER, INC., TROY E. SHOCKLEY,
and DANIEL M. SHOCKLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDON INDUSTRIES LLC<br><br>   Plaintiff,<br><br>vs.<br><br>TOWBLAZER, INC., TROY E. SHOCKLEY, AND DANIEL M. SHOCKLEY<br><br>   Defendants. | CASE NO. 8:23-cv-00732-FWS-DFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>*Mag. Douglas F. McCormick*<br>*Courtroom: 6B*<br><br>Complaint Filed: April 27, 2023 |

This Court, having considered the Stipulated Protective Order [Dkt. No. __] between Plaintiff Kendon Industries LLC and Defendants Towblazer, Inc., Troy E. Shockey, and Daniel M. Shockley, and good cause appearing therefore, the Court hereby approves the foregoing Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: September 20, 2023

_____
Hon. Douglas F. McCormick
United States Magistrate Judge