JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KENDON INDUSTRIES LLC, | Case No. 8:23-cv-00732-FWS-DFM |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT** |
| TOWBLAZER, INC. and TROY E. SHOCKLEY, | |
| Defendants. | |

This action came on regularly for trial by jury with the Honorable Fred W. Slaughter presiding.  On January 21, 2025, a jury of eight persons was regularly impaneled and examined and sworn.  On January 27, 2025, the jury rendered a verdict in favor of Plaintiff Kendon Industries, LLC ("Plaintiff") and against Defendant Towblazer, Inc. and Defendant Troy E. Shockley (collectively, "Defendants") on Plaintiff's sole claim for breach of the settlement agreement.

Following the verdict, Plaintiff filed a proposed judgment, (Dkt. 211), and Defendants filed objections to the proposed judgment, (Dkt. 212).  The court sustained in part and overruled in part Defendants' objections and modified the proposed judgment accordingly.  (Dkt. 213.)  Therefore, having considered the proposed judgment and objections, the court **ORDERS** the following:

1. **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiff's claim for breach of the settlement agreement in the amount of $1,803,000.00 in total damages assessed by the jury.

2. Plaintiff shall file any motion for fees, non-taxable costs, prejudgment interest, and/or post-judgment interest on or before **February 18, 2025**.

3. Plaintiff shall file any application to the clerk to tax costs that comports with Federal Rule of Civil Procedure 54(d), the parties' settlement agreement, and the Central District of California's Local Rules **within**

**fourteen (14) days** of the date on which judgment is entered.

4. The Clerk is hereby directed to enter Judgment forthwith under Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: <u>February 13, 2025</u>

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE