**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDON INDUSTRIES LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TOWBLAZER, INC. and TROY E. SHOCKLEY,<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00732-FWS-DFM<br><br>**AMENDED JUDGMENT** |

///

///

///

This action came on regularly for trial by jury with the Honorable Fred W. Slaughter presiding. On January 21, 2025, a jury of eight persons was regularly impaneled and examined and sworn. (Dkt. 185.) On January 27, 2025, the jury rendered a verdict in favor of Plaintiff Kendon Industries, LLC ("Plaintiff") and against Defendant Towblazer, Inc. and Defendant Troy E. Shockley (collectively, "Defendants") on Plaintiff's sole claim for breach of the settlement agreement. (Dkt. 205.) On February 14, 2025, the court entered final judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $1,803,000.00. (Dkt. 216.)

On April 1, 2025, the clerk of court granted Plaintiff's application for taxable costs in the amount of $16,945.93. (Dkt. 243.) On April 3, 2025, the court granted in part Plaintiff's requests for attorney's fees, costs, and post-judgment interest. (Dkt. 244.) On April 14, 2025, Plaintiff filed a proposed amended judgment that includes the attorney's fees, costs, and post-judgment interest awarded. (Dkt. 245).

Having considered Plaintiff's proposed amended judgment, the court hereby issues an Amended Judgment including the attorney's fees, costs, and post-judgment interest to which Plaintiff is entitled to as the prevailing party. Accordingly, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiff's claim for breach of the settlement agreement, in the amount of:

1) $1,803,000.00 in damages;

2) $953,791.46 in attorney's fees;

3) $59,580.65 in non-taxable costs and $16,945.93 in taxable costs; and

4) Post-judgment interest on the entire amount of the judgment above at a rate of 4.21% per annum from February 14, 2025, until the date the judgment is paid in full.

**IT IS SO ORDERED.**

Dated: April 16, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE